James T. Conley, CA Bar No. 224174
james.conley@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: (916) 840-3150

Brittney Turner CA Bar No. 319818
brittney.turner@ogletree.com
Eireann E. Brooks CA Bar No. 257340
erin.brooks@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
19191 South Vermont Avenue, Suite 635
Torrance, CA 90502
Telephone: 310-217-8191
Facsimile: 310-217-8184

*Attorney for Defendant*
WALMART INC.

*[Additional attorneys on following page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01355-KES-SKO<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF DISCOVERY DEADLINES**<br><br>(Doc. 30) |

1  DOUGLAS B. HAYES (SBN 232709)
   dh@brockgonzalez.com
2  KENDALL WEAVER (SBN 354202)
3  kw@brockgonzalez.com
   **BROCK & GONZALEZ, LLP**
4  6701 Center Drive West, Ste 610
5  Los Angeles, CA  90045
   Tel: (310) 294-9595
6
7  *Attorneys for Plaintiff*
   JOYCE HERNANDEZ
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT:**

COMES NOW Plaintiff Joyce Hernandez and Defendant Walmart Inc., (collectively the "Parties"), by and through their counsel of record, and stipulate as follows:

WHEREAS, on January 28, 2025, the Court granted the Parties' second request for a modification of the case schedule and issued an Order resetting the discovery deadlines due to Defendant having just retained new counsel (Doc. 28);

WHEREAS, since January 28 2025, the Parties have been working diligently and cooperatively to complete necessary fact discovery;

WHEREAS, Plaintiff took the deposition of Johnny Maltos on February 13, 2025, Carlos Ayala on March 12, 2025, Alexander Rivera on March 12, 2025, and Joshley Soria on March 26, 2025;

WHEREAS, on March 14, 2025, based on the deposition testimony of Ayala, and Rivera, Plaintiff requested dates for deposing Defendant's employee Arthur Herrera;

WHEREAS, Mr. Herrera is not available for his deposition before the current fact discovery cut off of March 28, 2025 because he is currently out of the office through April 1, 2025;

WHEREAS, the parties are in the process of scheduling Mr. Herrera's deposition for sometime in the first three weeks of April 2025;

WHEREAS, on March 26, 2025, the parties also agreed to attend mediation with mediator Hon. Michael Latin (Ret.), which is scheduled for May 30, 2025;

WHEREAS, the Parties require additional time to complete fact discovery; and

WHEREAS, the Parties are in agreement that it would make the most economic sense to attend mediation before engaging in costly expert discovery.

NOW, THEREFORE, to allow for the completion of fact discovery and to allow for the completion of expert discovery after mediation, the Parties stipulate to, and respectfully request, a modification of the fact and expert discovery deadlines only, without modification of any other deadlines, as follows:

1. An extension of the current fact discovery deadline of March 28, 2025 to April 25, 2025;

2. An extension of the current expert disclosure deadline of April 7, 2025 to June 20, 2025; and

3. An extension of the current rebuttal expert disclosure deadline of April 21, 2025 to July 11, 2025.

4. An extension of the current expert discovery deadline of May 2, 2025 to July 25, 2025.

**IT IS SO STIPULATED**.

Dated: March 27, 2025                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLP**

By: /s/ *Brittney L. Turner*
    James T. Conley
    Brittney Turner
    Eireann E. Brooks
    *Attorney for Defendant*
    WALMART, INC.

Dated: March 27, 2025                    **BROCK & GONZALES, LLP**

By: /s/ *Douglas B. Hayes*
    Douglas B. Hayes
    Kendall Weaver
    *Attorneys for Plaintiff*
    JOYCE HERNANDEZ

**ORDER**

Having considered the parties' joint stipulation to amend the scheduling order, (Doc. 30), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the September 30, 2024, and January 28, 2025, Scheduling Orders, (Docs. 24, 28), are **VACATED** and **CONTINUED** according to the revised schedule below[1]:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Close of Fact Discovery | March 28, 2025 | April 25, 2025 |
| Initial Expert Report | April 7, 2025 | June 20, 2025 |
| Rebuttal Expert Report | April 21, 2025 | July 11, 2025 |
| Expert Discovery Close | May 2, 2025 | July 25, 2025 |
| Non-Dispositive Motion Filing Deadline | May 12, 2025 | August 13, 2025 |
| Non-Dispositive Motions Hearing Date | June 16, 2025 | September 17, 2025 |
| Dispositive Motion Filing Deadline | May 19, 2025 | August 18, 2025 |
| Dispositive Motion Hearing Date | June 12, 2025 | September 22, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | September 3, 2025 | December 10, 2025 |
| Pre-Trial Conference | October 6, 2025 | January 12, 2026 |
| Trial | December 2, 2025 | March 10, 2026 |

IT IS SO ORDERED.

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. In addition, although the parties did not request an enlargement of the pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

Dated: **March 27, 2025**              /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE