**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE HERNANDEZ, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>WALMART, INC., a Delaware corporation; and<br>DOES 1-50, inclusive,<br><br>  Defendants. | Case No.:  1:23-cv-01355-KES-SKO<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE INITIAL EXPERT DISCLOSURE AND RELATED DEADLINES**<br><br>**(Doc. 32)** |

1

# ORDER

The parties' joint stipulation to amend the scheduling order seeks a brief extension of the case schedule to allow further efforts to informally resolve the matter following the parties' private mediation. (Doc. 32.)

Based on the foregoing, the Court finds good cause to **ORDER** that the following dates set forth in the September 30, 2024, January 28, 2025, and March 28, 2025 Scheduling Orders, (Docs. 24, 28, 31), be **VACATED** and **CONTINUED** as follows[1]:

| Event | Current Dates | New Dates |
|---|---|---|
| Initial Expert Report | June 20, 2025 | July 25, 2025 |
| Rebuttal Expert Report | July 11, 2025 | August 15, 2025 |
| Expert Discovery Close | July 25, 2025 | August 29, 2025 |
| Non-Dispositive Motion Filing Deadline | August 13, 2025 | September 10, 2025 |
| Non-Dispositive Motions Hearing Date | September 17, 2025 | October 15, 2025 |
| Dispositive Motion Filing Deadline | August 18, 2025 | September 15, 2025 |
| Dispositive Motion Hearing Date | September 22, 2025 | October 20, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | December 10, 2025 | January 6, 2026 |
| Pre-Trial Conference | January 12, 2026 | February 9, 2026 |
| Trial | March 10, 2026 | April 7, 2026 |

---

[1] Although the parties did not request an enlargement of the pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

IT IS SO ORDERED.

Dated: __**June 18, 2025**__                    __/s/ *Sheila K. Oberto*__
                                                UNITED STATES MAGISTRATE JUDGE