**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, SBN 241919
ab@brockgonzales.com
DOUGLAS B. HAYES, SBN 232709
dh@brockgonzales.com
KENDALL WEAVER, SBN. 354202
kw@brockgonzales.com

**Attorneys for Plaintiff**
Joyce Hernandez

*[Additional attorneys on following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HERNANDEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>WALMART, INC., a Delaware corporation; and<br>DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 1:23-cv-01355-KES-SKO<br><br>**ORDER ACKNOWLEDGING DISMISSAL OF COUNTS TWO AND THREE**<br><br>(Doc. 34) |

1
**COMPLAINT FOR DAMAGES**

# ORDER

On July 23, 2025, the parties filed a joint stipulation dismissing counts two and three. (Doc. 34.) In light of the parties' stipulation, these actions have been dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Pursuant to the parties' stipulation, the dismissal is with prejudice. This action shall remain open pending resolution of the remaining causes of actions.

IT IS SO ORDERED.

Dated:   **July 24, 2025**                            /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE