James T. Conley (SBN 224174)
james.conley@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: (916) 840-3150

Brittney L. Turner (SBN 319818)
brittney.turner@ogletree.com
Eireann E. Brooks (SBN 257340)
erin.brooks@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
19191 S. Vermont Ave., Suite 635
Torrance, CA 90502
Telephone: (310) 217-8191

*Attorney for Defendant*
WALMART INC.

*[Additional attorneys on following page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01355-KES-SKO<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>**(Doc. 36)**<br><br>Complaint Filed: June 20, 2023<br>Removal Date:  September 13, 2023<br>Trial Date: March 10, 2026 |

1

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY
DEADLINES                                                                                                      1:23-cv-01355-KES-SKO

D. AARON BROCK (SBN 241919)
ab@brockgonzales.com
DOUGLAS B. HAYES (SBN 232709)
dh@brockgonzales.com
KENDALL WEAVER (SBN 354202)
kw@brockgonzales.com
**BROCK & GONZALES, LLP**
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045
Tel: (310) 294-9595

*Attorneys for Plaintiff*
JOYCE HERNANDEZ

**TO THE COURT:**

COMES NOW Plaintiff Joyce Hernandez and Defendant Walmart Inc., (collectively the "Parties"), by and through their counsel of record, and stipulate as follows:

WHEREAS, expert discovery is underway;

WHEREAS, the current rebuttal expert disclosure date is August 15, 2025, and the expert discovery cutoff date is August 29, 2025;

WHEREAS, Defendant's rebuttal expert is unavailable between August 15 and 25, 2025, and has advised that she will need additional time to complete the required report;

WHEREAS, both Parties will also need additional time to complete expert depositions due to experts' availability;

WHEREAS, the Parties would like to extend the current deadlines for rebuttal expert disclosures and expert discovery;

WHEREAS, the trial date in this matter is not until March 10, 2026;

NOW, THEREFORE, to allow for the completion of expert discovery, the Parties stipulate to, and respectfully request, a modification of the expert discovery deadlines, as follows:

1. An extension of the current rebuttal expert disclosure deadline of August 15, 2025 to August 29, 2025.

2. An extension of the current expert discovery cut-off date of August 29, 2025 to September 12, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 14, 2025 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLP**<br><br>By: *Eireann Brooks*<br>    James T. Conley<br>    Brittney L. Turner<br>    Eireann E. Brooks<br>    *Attorney for Defendant*<br>    WALMART, INC. |
| Dated: August 14, 2025 | **BROCK & GONZALES, LLP**<br><br>By: /s/ Douglas B. Hayes<br>    Douglas B. Hayes<br>    Kendall Weaver<br>    *Attorneys for Plaintiff*<br>    JOYCE HERNANDEZ |

# ORDER

Having considered the foregoing Stipulation of the Parties (Doc. 36), and good cause appearing (Fed. R. Civ. P. 16(b)(4), the Court hereby orders as follows:

The current Scheduling Order (Doc. 24) is hereby modified as follows:

1. The rebuttal expert disclosure deadline is continued to **August 29, 2025**; and

2. The expert discovery deadline is continued to **September 12, 2025**.

All other deadlines in the case schedule (Doc. 33) remain unchanged.

IT IS SO ORDERED.

Dated:   **August 15, 2025**              /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE