# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HERNANDEZ, an individual, <br><br>Plaintiff, <br><br>vs. <br><br>WALMART, INC., a Delaware corporation; and <br>DOES 1-50, inclusive, <br><br>Defendants. | Case No.: 1:23-cv-01355-KES-SKO <br><br>**ORDER GRANTING STIPULATION AND MODIFYING SCHEDULING ORDER** <br><br>(Doc. 38) |

The parties' joint stipulation to amend the scheduling order seeks an extension of the case schedule to allow the deposition of a Defendant's retained expert and the subpoena of Plaintiff's non-retained expert witnesses. (Doc. 38.)

The Court finds good cause to **ORDER** that the following dates set forth in the September 30, 2024, January 28, 2025, March 28, 2025, June 18, 2025, and August 15, 2025 Scheduling Orders, (Docs. 24, 28, 31, 33, 37), be **VACATED** and **CONTINUED** as follows[1]:

| **Event** | **Current Dates** | **Continued Dates** |
|---|---|---|
| Expert Discovery Close | September 12, 2025 | October 21, 2025 |
| Non-Dispositive Motion Filing Deadline | September 10, 2025 | October 22, 2025 |

---

[1] Although the parties did not request an enlargement of the pretrial dates, an enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.

| | | |
|---|---|---|
| Non-Dispositive Motions Hearing Date | October 15, 2025 | November 26, 2025 |
| Dispositive Motion Filing Deadline | September 15, 2025 | October 27, 2025 |
| Dispositive Motion Hearing Date | October 20, 2025 | December 1, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | January 6, 2026 | January 6, 2026 (unchanged) |
| Pre-Trial Conference | February 9, 2026 | February 9, 2026 (unchanged) |
| Trial | April 7, 2026 | April 7, 2026 (unchanged) |

IT IS SO ORDERED.

Dated:  **September 12, 2025**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE